Charles D. WHEAT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38564.

Missouri Court of Appeals,
Western District.

May 19, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial, without evidentiary hearing, of second Rule 27.26 motion.

Affirmed. Rule 84.16(b).